THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-047-RSL |
| Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING THE UNOPPOSED MOTION TO MODIFY TERMS OF SUPERVISED RELEASE |
| v. | |
| RICK D. CASWELL, | |
| Defendant. | |

THE COURT has considered the unopposed motion to modify the terms of supervised release and records and files herein.

THE COURT GRANTS / DENIES the request to modify the supervised release terms to terminate supervised release on November 10, 2018.

DONE this 11th day of October, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Rick D. Caswell

ORDER GRANTING MOTION TO MODIFY
TERMS OF SUPERVISED RELEASE - 1
USA v. *Caswell* / CR15-047-RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100