THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-047-RSL |
| Plaintiff, | AMENDED ORDER GRANTING THE UNOPPOSED MOTION TO MODIFY TERMS OF SUPERVISED RELEASE |
| v. | |
| RICK D. CASWELL, | |
| Defendant. | |

THE COURT has considered the unopposed motion to modify the terms of supervised release and records and files herein.

THE COURT GRANTS the request to modify the supervised release terms to terminate supervised release on November 10, 2018.

DONE this 6th day of November, 2018.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO MODIFY
TERMS OF SUPERVISED RELEASE - 1
USA v. Caswell / CR15-047-RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100